PENALTY SHEET

DEFENDANT: Francis F. Joseph

YEAR OF BIRTH: 1965

COMPLAINT FILED? _____YES ____X_____NO
    IF YES, PROVIDE MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____YES __X___NO

OFFENSE:   COUNT 1: 18 U.S.C. § 669: Theft or Embezzlement in Connection with Health Care
    COUNT 2: 18 U.S.C. § 641: Theft of Government Money
    COUNT 3: 18 U.S.C. § 1343: Wire Fraud
    COUNT 4: 18 U.S.C. § 152(3): False Declaration During a Bankruptcy Proceeding
    Notice of Forfeiture

LOCATION OF OFFENSE:  Denver County;
    Douglas County;
    El Paso County; and
    elsewhere in the District of Colorado

PENALTY:   COUNT 1: Imprisonment of NMT 10 years; a fine of NMT $250,000; or, both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years
COUNT 2: Imprisonment of NMT 10 years; a fine of NMT $250,000; or, both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years
COUNT 3: Imprisonment of NMT 20 years; a fine of NMT $250,000 or NMT the greater of twice the gross pecuniary gain or twice the gross pecuniary loss resulting from the offense; or both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years
COUNT 4: Imprisonment of NMT 5 years; a fine of NMT $250,000; or, both fine and imprisonment; $100 special assessment; a term of supervised release of NMT 3 years

AGENTS:   HHS-OIG Special Agent Cory Rumple
    SBA-OIG Special Agent Heather McCormick

AUTHORIZED BY:   Emily Gurskis
    Trial Attorney

ESTIMATED TIME OF TRIAL:
____X_____five days or less
_____ over five days
_____ other


THE GOVERNMENT may seek detention in this case.
OCDETF case: _____ Yes __X___ No