IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-CR-83

UNITED STATES OF AMERICA,

Plaintiff,

v.

Francis F. Joseph,

    Defendant.

---

## MOTION TO UN-RESTRICT

---

The United States, by and through Acting Assistant Attorney General Nicholas L. McQuaid, and the undersigned Trial Attorney, hereby respectfully requests the Court un-restrict the Indictment and Summons in this case.

The Summons has been served upon the Defendant; accordingly, there is no longer a necessity for the documents to remain restricted from public access.

                              Respectfully submitted,

                              NICHOLAS L. MCQUAID
                              Acting Assistant Attorney General
                              Department of Justice, Criminal Division

By:    s/_____
        EMILY M. GURSKIS
        Trial Attorney
        Department of Justice, Criminal Division
        Fraud Section
        1400 New York Avenue, NW
        Washington, DC 20005

Telephone: (202) 203-9186
E-mail: Emily.Gurskis@usdoj.gov
Attorney for Government